National Victim Advocacy Center, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 85–1384. TURNER ET AL. *v.* SAFLEY ET AL. C. A. 8th Cir. [Certiorari granted, 476 U. S. 1139.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 85–1520. ANDERSON *v.* CREIGHTON ET AL. C. A. 8th Cir. [Certiorari granted, 478 U. S. 1003.] Motion of Ronald I. Meshbesher, Esquire, to permit John P. Sheehy, Esquire, to present oral argument *pro hac vice* granted.

No. 85–1656. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS *v.* PETTY. C. A. 5th Cir. [Certiorari granted, 478 U. S. 1003.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that John R. Breihan, Esquire, of Austin, Tex., be appointed to serve as counsel for respondent in this case.

No. 85–1740. KANANEN ET UX. *v.* SUN BANK OKEECHOBEE, FKA COMMERCIAL BANK OKEECHOBEE, FLORIDA, ET AL., 476 U. S. 1182. Motion of respondent for damages denied.

No. 85–1877. AZL RESOURCES, INC. *v.* MARGARET HALL FOUNDATION, INC., ET AL. C. A. 1st Cir.;

No. 85–1910. BUSINESS ELECTRONICS CORP. *v.* SHARP ELECTRONICS CORP. C. A. 5th Cir.;

No. 85–2094. SHARP ELECTRONICS CORP. *v.* BUSINESS ELECTRONICS CORP. C. A. 5th Cir.;

No. 85–2079. LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA ET AL. *v.* ADVANCED LIGHTWEIGHT CONCRETE CO., INC. C. A. 9th Cir.;

No. 86–49. AMERICAN ELECTRIC POWER CO., INC., ET AL. *v.* KENTUCKY PUBLIC SERVICE COMMISSION ET AL. C. A. 6th Cir.; and

No. 86–61. COMMONWEALTH ELECTRIC CO. *v.* DEPARTMENT OF PUBLIC UTILITIES OF THE COMMONWEALTH OF MASSACHUSETTS. Sup. Jud. Ct. Mass. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.